UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INGRID JNO CHARLES,

                      Plaintiff,

  -against-

A CHOICE NANNY, et al.,

                     Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 5665 (BMC)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 22 2008 ★
BROOKLYN OFFICE

      An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on August 20, 2008, granting defendant's motion for summary judgment; and directing the Clerk of Court to enter judgment in favor of defendant; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted; and that judgment is hereby entered in favor of defendant.

Dated: Brooklyn, New York
        August 21, 2008

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court